IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SUSANNE BECKER,<br><br>     Plaintiff,<br><br>  vs.<br><br>KEN SCHENIDER, LORRIE, and LANDON THORNTON,<br><br>     Defendants. | 8:23CV449<br><br>**MEMORANDUM AND ORDER** |

  On April 9, 2024, the Court ordered Plaintiff Susanne Becker (a.k.a. Susann Becker, a.k.a. Susann Becker Hurd, a.k.a. Susanne Becker Hurd) to show cause within 21 days why the Court should not impose the following filing restrictions:

  1. Plaintiff, while appearing pro se, will be limited to filing one case in forma pauperis in the federal district court for the District of Nebraska per month. This limitation will not prohibit Plaintiff from proceeding as a proponent in any civil claim in this district with the representation of an attorney, nor will it prohibit Plaintiff from defending herself in any criminal or civil litigation brought against her in this district. This limitation will operate prospectively only.

  2. Every new pro se complaint submitted to the Clerk of the Court by Plaintiff that is not accompanied by payment of the Court's filing and administrative fees shall be referred to the Supervising Pro Se Judge or his successor for review before filing, and the Clerk of the Court is directed not to file any such case until this review has been completed. The Supervising Pro Se Judge shall review any such tendered complaint to determine if it may be filed in compliance with the foregoing limitation, or if it should be returned to Plaintiff without filing. A record of any such submission and return shall be

maintained by the clerk in the CM/ECF system under the "PS" designation or as otherwise directed by the Supervising Pro Se Judge.

See Filing No. 10 at 6–11.

To date, Plaintiff has not made the required good cause showing. Accordingly,

IT IS THEREFORE ORDERED that the filing restrictions set forth above are imposed in this Court as of the date of this order.

Dated this 6th day of August, 2024.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge